ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN - #192657
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
fred@eff.org

KEKER & VAN NEST LLP
MATTHEW M. WERDEGAR - #200470
MICHAEL S. KWUN - #198945
MELISSA J. MIKSCH - #249805
ABHISHEK BAJORIA - #255294
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
mwerdegar@kvn.com; mkwun@kvn.com;
mmiksch@kvn.com; abajoria@kvn.com

Attorneys for Plaintiff
ODIOWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 09 1818   JCS

| | |
|---|---|
| ODIOWORKS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　Defendant. | Case No.<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL PORTIONS OF EXHIBITS B, C AND D TO THE COMPLAINT**<br><br>Date:<br>Time:<br>Dept:<br>Judge:<br><br>Date Comp. Filed:　April 27, 2009<br><br>Trial Date:<br><br>**PROPOSED ORDER AND COMPLAINT OF ODIOWORKS, LLC V. APPLE INC. FILED HEREWITH** |

440568.02

ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B, C AND D TO THE COMPLAINT
CASE NO.

1  Plaintiff OdioWorks, LLC ("OdioWorks) submits this Request under Civil Local Rules 7-11 and 79-5(b) to file documents under seal in connection with OdioWorks' Complaint against Defendant Apple Inc ("Apple").

OdioWorks believes—and in this action, asks this Court to declare—that all of the material in Exhibits B, C, and D to its Complaint may lawfully be restored to OdioWorks' publicly available website, www.BluWiki.com. Apple, though, has made clear to OdioWorks that Apple objects to the display of this material where the public can see it. *See* Exs. A and F to OdioWorks' Complaint (filed herewith).

Exhibit B to the Complaint is a non-public archival copy of a webpage entitled "Ipodhash," formerly posted at <http://BluWiki.com/go/Ipodhash>, as it appeared on November 14, 2008

Exhibit C to the Complaint is a non-public archival copy of a webpage entitled "Itunes_obfuscation," formerly posted at <http://BluWiki.com/go/Itunes_obfuscation>, as it appeared on November 14, 2008.

Exhibit D to the Complaint is a non-public archival copy of a webpage entitled "IPodHash_test_data_contribution," formerly posted at <http://BluWiki.com/go/IPodHash_test_data_contribution>, as it appeared on November 14, 2008.

OdioWorks accordingly requests, out of courtesy to Apple, that the Court permit the sealing of Exhibits B, C, and D to its Complaint and order that the Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(f).

Dated: April 27, 2009

KEKER & VAN NEST LLP

By: /s/ Melissa
MATTHEW M. WERDEGAR
MICHAEL S. KWUN
MELISSA J. MIKSCH
ABHISHEK BAJORIA
Attorneys for Plaintiff
ODIOWORKS, LLC