1 | ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN - #192657
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993
fred@eff.org

KEKER & VAN NEST LLP
MATTHEW M. WERDEGAR - #200470
MICHAEL S. KWUN - #198945
MELISSA J. MIKSCH - #249805
ABHISHEK BAJORIA - #255294
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
mwerdegar@kvn.com;mkwun@kvn.com;
mmiksch@kvn.com; abajoria@kvn.com

Attorneys for Plaintiff
ODIOWORKS, LLC

LATHAM & WATKINS
DANIEL M. WALL - #102580
SADIK HUSENY - #224659
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:    (415) 391-0600
Facsimile:     (415) 395-8095
Dan.Wall@lw.com
Sadik.Huseny@lw.com

Attorneys for Defendant
APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIOWORKS, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>APPLE, INC.,<br><br>                    Defendant. | Case No. CV 09-1818 CW<br><br>**STIPULATED ORDER OF DISMISSAL** |

The parties to this civil action hereby stipulate and agree to the dismissal, without prejudice, of all claims brought in this action. The court accepts the stipulation of the parties, through their respective counsel, and as a consequent IT IS HEREBY ORDERED THAT:

1. All claims are hereby dismissed without prejudice; and
2. Each party shall bear its own costs, fees and expenses.

IT IS SO AGREED:

Dated: July 21, 2009.                                          KEKER & VAN NEST LLP


By: /s/ Melissa J. Miksch
    MELISSA J. MIKSCH
    Attorneys for Plaintiff
    ODIO WORKS, LLC


Dated: July 21, 2009.                                          LATHAM & WATKINS


By: /s/ Sadik Huseny
    SADIK HUSENY
    Attorneys for Defendant
    APPLE, INC.

IT IS SO ORDERED.

Dated: 8/11/09

By: _____
    JUDGE CLAUDIA WILKEN
    UNITED STATES DISTRICT COURT