| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>FRED VON LOHMANN - #192657<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:     (415) 436-9333<br>Facsimile:      (415) 436-9993<br>fred@eff.org<br><br>KEKER & VAN NEST LLP<br>MATTHEW M. WERDEGAR - #200470<br>MICHAEL S. KWUN - #198945<br>MELISSA J. MIKSCH - #249805<br>ABHISHEK BAJORIA - #255294<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397-7188<br>mwerdegar@kvn.com;mkwun@kvn.com;<br>mmiksch@kvn.com; abajoria@kvn.com<br><br>Attorneys for Plaintiff<br>ODIOWORKS, LLC | LATHAM & WATKINS<br>DANIEL M. WALL - #102580<br>SADIK HUSENY - #224659<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Telephone:     (415) 391-0600<br>Facsimile:      (415) 395-8095<br>Dan.Wall@lw.com<br>Sadik.Huseny@lw.com<br><br>Attorneys for Defendant<br>APPLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIOWORKS, LLC,<br><br>                              Plaintiff,<br><br>       v.<br><br>APPLE, INC.,<br><br>                              Defendant. | Case No. CV 09-1818 CW<br><br>**STIPULATED ORDER OF DISMISSAL** |

445660.01

1   The parties to this civil action hereby stipulate and agree to the dismissal, without
2  prejudice, of all claims brought in this action.  The court accepts the stipulation of the parties,
3  through their respective counsel, and as a consequent IT IS HEREBY ORDERED THAT:

4    1.   All claims are hereby dismissed without prejudice; and

5    2.   Each party shall bear its own costs, fees and expenses.

7   IT IS SO AGREED:

8   Dated:  July 21, 2009.      KEKER & VAN NEST LLP

By: /s/ Melissa J. Miksch
    MELISSA J. MIKSCH
    Attorneys for Plaintiff
    ODIO WORKS, LLC

14  Dated:  July 21, 2009.      LATHAM & WATKINS

By: /s/ Sadik Huseny
    SADIK HUSENY
    Attorneys for Defendant
    APPLE, INC.

19   IT IS SO ORDERED.

20   Dated:  8/11/09

By: _____
    JUDGE CLAUDIA WILKEN
    UNITED STATES DISTRICT COURT